**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Fred COOLER, a.k.a. Snap,
Defendant–Appellant.**

**No. 09–13624
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 8, 2010.

Fred Cooler, Forrest City, AR, pro se.

Michelle Thresher Taylor, U.S. Attorney's Office, TAMPA, FL, for Plaintiff–Appellee.

Before TJOFLAT, BIRCH and FAY, Circuit Judges.

PER CURIAM:

Clyde M. Collins, Jr., appointed counsel for Fred Cooler in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and

Cooler's conviction and sentence are AF-FIRMED.